**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6221**

———————

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

versus

DON PRINCE,

 Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., Chief
District Judge. (CR-96-122, CA-01-2047-3-17)

———————

Submitted: June 13, 2002        Decided: June 18, 2002

———————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Vonno Lamar Gudger, III, Asheville, North Carolina, for Appellant.
Mark C. Moore, Assistant United States Attorney, Columbia, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Don Prince seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Further, Prince's claims raised for the first time on appeal are not cognizable because he has shown no exceptional circumstances. Muth v. United States, 1 F.3d 246, 250 (1993). Accordingly, we deny Prince's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Prince, Nos. CR-96-122; CA-01-2047-3-17 (D.S.C. Dec. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2